UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

------------------------------------------------------------x
: 
BROOKLYN TURNER, on Behalf of :
Herself and Others Similarly Situated, :
: Case No. 8:08-CV-01062 (JSM)(MAP)
Plaintiffs, : COLLECTIVE ACTION
: 
-against- : ECF CASE
: 
ALDO U.S. Inc., :
: 
Defendant. :
: 
------------------------------------------------------------x

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion to Submit Settlement Agreement For Approval Under Seal For In Camera Review (Dkt. #84) pursuant to Rule 1.09 of the Local Rules of this Court. Upon review and consideration and good cause having been shown, it is

ORDERED AND ADJUDGED that:

1. The parties' Joint Motion is GRANTED.

2. The parties shall file under seal their contemplated Motion for approval of their confidential settlement agreement for the Court's review and consideration *in camera*.

3. That Motion shall include as exhibits their proposed confidential settlement agreement and their proposed notice to settlement class members as well as such other documents as may aid the Court in making its fairness determination.

DONE and ORDERED in Tampa, Florida on January 5, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel/Parties of Record