UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BROOKLYN TURNER, on behalf of
herself and others similarly situated,**

    **Plaintiff,**

**vs.**                                                        Case No.: 8:08-cv-01062-T-30MAP
                                                                    COLLECTIVE ACTION

**ALDO U.S., INC., a foreign corporation,**

    **Defendant.**
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

This matter came before the Court on the parties' Joint Motion for Approval of their Proposed Confidential Settlement Agreement (Dkt. S-1).

The Court has reviewed the record, including the proposed settlement agreement and the attorneys' fees and costs records of plaintiffs' counsel, and on April 8, 2010, conducted a Fairness Hearing. None of the collective action plaintiffs filed a notice of objection nor did any such plaintiff or a representative appear at the hearing to object to the settlement.

Upon review, the Court finds that the Agreement, including the attorneys' fees and costs agreed to, is fair and reasonable. The Court therefore approves the Confidential Settlement Agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (5th Cir. 1982).

In order to ensure that a uniform deadline exists for the timely return of claim forms and releases, the parties stipulate to extend to June 1, 2010, the deadline by which all opt-in plaintiffs must submit their Claim Form and Release to Defendant.

This case hereby is dismissed with prejudice.

**DONE** and **ORDERED** in Tampa, Florida on April 15, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2008\08-cv-1062.dismissal.wpd